IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN W. GERMAINE and
XIAOHONG ZHANG-GERMAINE,

                    JUDGMENT IN A CIVIL CASE

          Plaintiffs,

                      13-cv-823-bbc

    v.

HAWKS QUINDEL EHLKE & PERRY, S.C.
and BARBARA ZACK QUINDEL,

          Defendants.

      This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this
case for lack of subject matter jurisdiction.

| /s/ | 3/19/2014 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |